318 So.2d 329

In re Janice STINSON

v.

STATE.

Ex parte Janice Stinson.

SC 1403.

Supreme Court of Alabama.

Aug. 21, 1975.

J. Louis Wilkinson and Charles M. Purvis, Birmingham, for petitioner.

None for respondent.

ALMON, Justice:

Petition of Janice Stinson for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Stinson v. State, 55 Ala.App. 629, 318 So.2d 325.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and EMBRY, JJ., concur.

318 So.2d 777

In re Jerome TARVER

v.

STATE.

Ex parte Jerome Tarver.

SC 1404.

Supreme Court of Alabama.

Sept. 4, 1975.

Guy F. Gunter, III, Opelika, for petitioner.

No appearance for the State.

FAULKNER, Justice.

Petition of Jerome Tarver for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Tarver v. State, 56 Ala.App. 37, 318 So.2d 777.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.

313; So.2d 162

In re Alice TEEPLE

v.

STATE.

Ex parte Alice Teeple.

SC 1234.

Supreme Court of Alabama.

May 8, 1975.

Alston F. Keith, Jr., Selma, for petitioner.

None for the State.

SHORES, Justice.

Petition of Alice Teeple for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Teeple v. State, 54 Ala.App. 357, 308 So.2d 717.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.